IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DONALD DELANEY MIDDLETON, | : | |
| | : | |
| Petitioner, | : | |
| | : | No. 3:01-CR-20 (CAR) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 94] to deny Petitioner Donald Delaney Middleton's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. 92]. Therein, the Magistrate Judge dismisses Petitioner's petition as successive, concluding that he has previously filed an unsuccessful § 2255 motion and that he has not been granted prior authorization to do so by the Eleventh Circuit. Petitioner has not filed an objection to the Recommendation, and the time in which to do so has expired. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 94] is therefore **ADOPTED and MADE**

1

**THE ORDER OF THE COURT**.  Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence [Doc. 92] is hereby **DENIED**.

**SO ORDERED,** this 14th day of April, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH